THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED GEBHARDT, Appellant.

(Argued March 28, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Supreme Court, rendered October 21, 1910, at a Trial Term for the county of Suffolk, upon a verdict convicting the defendant of the crime of murder in the first degree.

*E. J. Reilly, Nathan O. Petty* and *John R. Vunk* for appellant.

*George H. Furman, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion is written because the guilt is clear and there is no point raised against the judgment below that requires or is worthy of discussion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH NACCO, Appellant.

(Argued March 28, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Supreme Court, rendered June 24, 1909, at a Trial Term for the county of Niagara, upon a verdict convicting the defendant of the crime of murder in the first degree.

*T. F. C. Clary* for appellant.

*Fred M. Ackerson, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Dissenting: VANN and COLLIN, JJ.